# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3980

_____

CLAUDIA TORIOLA,

    Appellant,

v.

DEPARTMENT OF HEALTH,

    Appellee.

_____

An appeal from a Florida Department of Health, Board of Nursing, Final Order.
Joe R. Baker, Jr., Executive Director.

December 12, 2018

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lance O. Leider with the Health Law Firm, Altamonte Springs, for Appellant.

Christine E. Lamia with the Florida Department of Health, Tallahassee, for Appellee.